IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joshua Millstein d/b/a SpillNot,<br><br>Plaintiffs,<br><br>v.<br><br>The Entities and Individuals Identified In Annex A,<br><br>Defendants. | Case No. 1:21-cv-003799<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Young B. Kim |

### DECLARATION OF YANG LIU

I, Yang Liu, hereby declare and state as follows:

1. I am over the age of eighteen and make this declaration from first-hand personal knowledge, unless otherwise indicated below.

2. I am the general manager of Shanghai Yinhe E-Commerce Company, Ltd. ("Yinhe"), and make this declaration on Yinhe's behalf.

3. Yinhe is the operator of Defendants stores dumbenyu, xiaoicecream, xovo1894, thatkey, newcj2016-7, yhxclx2010, laptopallfor87, sunstarfford, Dr3ag8on, Nau34ghty, kiwi4fruit0, leihuyoumechenger, machuanjiang, tinasbox, jinshan2013, tdcq888, minseaa, topkoo, fastdealblast, yayasunya, priestly, haisea007, panda12345, lucky.warm7, lzhlds2010_6, wxfeng20168, sadleft, huasharenmin2013, savecash4you_2014, zheyuanken, huzenyo, koo97ie09, kunjiadaren, balaco.2u, oneshot77-7, wannaaone11, lilybeibei, hk-2569, Wi3ndBre1aker, 1st.4u, lollipopzuhe, hstay15, lakesaw, thsix1666, magzyyd98, twozyyd, likelyyangtuo, Mu2ff7in, urukzone, relaxtree, kellylogline10, taoyoumehgfd, smithsonshelia92, tictac88, excellbuying, supermarket8882016, tiger.vzu,

1

in.studio, boxzyd01, 1st.ing, waldpcraik6868, dongmakjhg, gracefulvara, shibaynu, lemonpai, yaqfa-0, and Fuhui Inc (collectively, "Defendants Stores").

4. Yinhe is a company organized under the laws of the nation of China. Its office/headquarter is in China.

5. While Yinhe is headquartered in China, the Defendants Stores sell goods globally, including Australia, Canada and Europe.

6. Yinhe has no officers or employees within the Illinois.

7. Yinhe does not have bank accounts in the Illinois.

8. Yinhe does not have telephone number, telephone listings, or mailing addresses in Illinois.

9. Yinhe does not manufacture anything in Illinois.

10. Yinhe does not pay Illinois taxes.

11. Yinhe does not own any property and has no interest in any property with the Illinois.

12. Yinhe does not have registered agent for service of process in Illinois.

13. Yinhe does not have any distributors in the U.S.

14. The accused infringing product was acquired from a vendor at 1688.com, an e-commerce website. When Defendant Stores first started selling the accused product in February 2021, we were not aware that SpillNot is a trademark.

15. The 67 Defendant Stores sell tens of thousands of different kinds of products. The Defendant Stores sold a total of 345 units of the accused product in their lifetime, 14 of which were sold to U.S. customers. None of them were sold to the jurisdictional area of the United States District Court for the Northern District of Illinois. The accused products have been removed and destroyed upon actual notice of this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on October 27, 2021, in Shanghai, China.

*Yang Liu*
Yang Liu