IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joshua Millstein d/b/a SpillNot, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:21-cv-3799 |
| ) | |
| v. ) | |
| ) | Judge Charles P. Kocoras |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS

Plaintiff Joshua Millstein d/b/a SpillNot hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) with prejudice as to the following Defendants:

| Doe # | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 35 | Aliexpress | Loveliness Jewel Store | 2956076 |
| 39 | Aliexpress | Shop3107100 Store | 3107100 |
| 121 | Aliexpress | Sean's House Store | 910937041 |
| 151 | Aliexpress | Daily necessities0814 Store | 911750252 |
| 160 | Amazon | XINJIEMIN | A1CGS3MZK9YRRC |
| 162 | Amazon | PAL PRODUCTS | A1ZKT9DLR9KI8N |
| 165 | Amazon | WuHouQuSiRuShiPinDian | A2A52Z9KL33MVG |
| 167 | Amazon | YingyA | A2KLG52LGRBTOK |
| 168 | Amazon | LiuCdahdz | A2MS6UWE2RA8GF |
| 171 | Amazon | Upperroof | A2S8AQ3F4GV5Q |
| 172 | Amazon | NiceEverday | A2Z9N3OHWN2LJZ |
| 173 | Amazon | JinJiangQuFengFengLeShangMaoBu | A3247DUX02CU9W |
| 177 | Amazon | Happyfly01 | A4017OEJEGOG7 |
| 179 | Amazon | QingY1 | A8JU7MN7Q9962 |
| 180 | Amazon | ShenglaG | ABWK7A9IC9F2J |
| 182 | Amazon | Macbethes | AJYRMQ38QSW6W |
| 184 | DHgate | Topshenzhen | 15766159 |
| 185 | DHgate | Teemway summer toys | 21519602 |
| 186 | DHgate | Goodroonys | 21581310 |
| 187 | DHgate | Ruanxiestores | 21588655 |
| 188 | DHgate | xiesyundh | 21588779 |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Joshua Millstein d/b/a SpillNot |
| Dated: April 28, 2022 | /s/Michelle Bolos |
|  | Marshall, Gerstein & Borun LLP |
|  | Benjamin T. Horton |
|  | Gregory J. Chinlund |
|  | Michelle Bolos |
|  | Kelley S. Gordon |
|  | 233 South Wacker Drive |
|  | 6300 Willis Tower |
|  | Chicago, Illinois  60606-6357 |
|  | Telephone:  (312) 474-6300 |
|  | Fax:  (312) 474-7044 |
|  | bhorton@marshallip.com |
|  | gchinlund@marshallip.com |
|  | mbolos@marshallip.com |
|  | kgordon@marshallip.com |
|  | *Attorneys for Plaintiff* |